IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TIMOTHY CROWLEY

                Plaintiff,

  v.

JANEL NICKEL, TIM DOUMA,
MICHAEL MEISNER,
ABC FICTITIOUS CORPORATION
and DEF FICTITIOUS INSURANCE COMPANY,

                Defendants.

ORDER

12-cv-486-slc

---

Plaintiff Timothy Crowley, a prisoner at the Columbia Correctional Institution in Portage, Wisconsin, has submitted a proposed complaint. I construe his complaint to include a request for leave to proceed *in forma pauperis*. A decision on the request will be delayed until plaintiff pays an initial partial payment of the $350 filing fee as required by 28 U.S.C. § 1915(b) and the 1996 Prison Litigation Reform Act. Plaintiff's initial partial payment cannot be calculated at this time because he has not submitted a trust fund account statement with his complaint.

Plaintiff's complaint was filed on July 5, 2012. His trust fund account statement should cover the six-month period beginning approximately January 5, 2012 and ending approximately July 5, 2012. Once plaintiff has submitted the necessary statement, I will calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaint under 28 U.S.C. § 1915(e)(2). Plaintiff should show a copy of this order to prison officials to insure that they are aware they should send a copy of plaintiff's six-month trust fund account statement to this court.

ORDER

IT IS ORDERED that plaintiff Timothy Crowley may have until July 31, 2012, in which to submit a certified copy of his trust fund account statement for the period beginning approximately January 5, 2012 and ending approximately July 5, 2012. If, by July 31, 2012, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily. In that event, the clerk of court is directed to close this case without prejudice to plaintiff's filing his case at a later date.

Entered this 9th day of July, 2012.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge