IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TIMOTHY CROWLEY,

                Plaintiff,

   v.

JANEL NICKEL, TIM DOUMA,
MICHAEL MEISNER,
ABC FICTITIOUS CORPORATION and
DEF FICTITIOUS INSURANCE COMPANY,

                Defendants.

ORDER

12-cv-486-slc

---

      In an order entered on August 2, 2012, I gave plaintiff Timothy Crowley until August 24, 2012, in which to pay a $13.36 initial partial payment of the $350 filing fee for filing this case. Now before the court is a letter from plaintiff requesting an extension of time to pay the assessed initial partial filing fee. In his motion, plaintiff says that was recently transferred from Columbia Correctional Institution to Waupun Correctional Institution and needs more time to pay his fee. Plaintiff's motion will be granted.

      If plaintiff does not have the money to make the initial partial payment in his regular account, he will have to arrange with Waupun Correctional Institution prison authorities to pay some or all of the assessment from his release account. This does not mean that plaintiff is free to ask prison authorities to pay *all* of his filing fee from his release account. The only amount plaintiff must pay at this time is the $13.36 initial partial payment. Before prison officials take any portion of that amount from plaintiff's release account, they may first take from plaintiff's regular account whatever amount up to the full amount plaintiff owes. Plaintiff should show a copy of this order to prison officials to insure that they are aware they should send plaintiff's initial partial payment to this court.

ORDER

IT IS ORDERED that plaintiff Timothy Crowley's request for an extension of time to pay the initial partial filing fee is GRANTED. Plaintiff may have until September 17, 2012, to submit a check or money order made payable to the clerk of court in the amount of $13.36. If, by September 17, 2012, plaintiff fails to make the initial partial payment or show cause for his failure to do so, he will be held to have withdrawn this action voluntarily. In that event, the clerk of court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 24th day of August 2012.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge