IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TIMOTHY CROWLEY,

              Plaintiff,              ORDER

    v.                                        12-cv-486-wmc

JANEL NICKEL, *et al.*,

              Defendants.

---

State inmate Timothy Crowley filed a proposed civil action for damages stemming from the use of an allegedly defective product, namely, an electronic device known as a REACT (Remote Electronically Activated Control Technology) shock belt. He was found eligible for leave to proceed *in forma pauperis* and he made an initial, partial payment of the filing fee in compliance with the Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915(b)(1). Subsequently, on June 26, 2013, the court granted Crowley's motion for voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a).

Crowley has now filed a motion to reinstate this case and he requests leave to proceed with an amended version of his complaint. The court will grant Crowley's motion to reinstate and will take the proposed amended complaint under advisement for screening pursuant to the PLRA, 28 U.S.C. § 1915A.

ORDER

IT IS ORDERED that:

1. The motion to reinstate filed by plaintiff Timothy Crowley (Dkt. # 18) is GRANTED.

2. The court will take the proposed amended complaint (Dkt. # 19) under advisement for screening pursuant to the PLRA, 28 U.S.C. § 1915A.

Entered this 17th day of June, 2014.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge