IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TIMOTHY CROWLEY,

    Plaintiff,

v.

JANEL NICKEL, TIM DOUMA,
MICHAEL MEISNER,
ABC FICTITIOUS COMPANY,
DEF FICTITIOUS INSURANCE
COMPANY, JOANNE LANE,
MARY LEISURE and
CAPTAIN MORGAN,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-486-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) denying plaintiff Timothy Crowley leave to proceed and dismissing his claims against ABC Fictitious Company, DEF Fictitious Insurance Company, Joanne Lane, Mary Leisure and Captain Morgan; and

    (2) granting summary judgment in favor of Michael Meisner, Tim Douma and Janel Nickel for plaintiff's failure to exhaust his administrative remedies and dismissing this case without prejudice.

| /s/ | 10/1/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |